**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| KEITH SUTTON,<br><br>　　　　　Plaintiff,<br><br>　　　vs.<br><br>METROPOLITAN LIFE INSURANCE COMPANY; SCIENTIFIC GAMES CORPORATION EMPLOYEE BENEFIT PLAN; and DOES 1 THROUGH 10, INCLUSIVE,<br><br>　　　　　Defendants. | Case No. 2:20-cv- 00698-KJM-CKD<br><br>**ORDER GRANTING EXTENSION TO FILE OPENING TRIAL BRIEFS** |

ORDER

Pursuant to the parties' stipulation, ECF No. 16, and good cause appearing, the deadline for filing opening trial briefs for this ERISA-governed action is extended one week, from February 15, 2021 to February 22, 2021. This amendment does not alter any other portions of the initial scheduling order, ECF No. 15.

This order resolves ECF No. 16.

IT IS SO ORDERED.

DATED: February 5, 2021.

CHIEF UNITED STATES DISTRICT JUDGE